**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

JUAN ALBERTO VASQUEZ PINEDA,   )
                                   )
          Petitioner,         )
                                   )
-vs-                           )     NO. CIV-26-0469-HE
                                   )
MARKWAYNE MULLIN, et al.,    )
                                   )
          Respondents.     )

## JUDGMENT

In accordance with the order entered this date, the petition for writ of habeas corpus

pursuant to 28 U.S.C. § 2241 is granted in part.

**IT IS SO ORDERED**.

Dated this 7th day of April, 2026.

_____
JOE HEATON
UNITED STATES DISTRICT JUDGE