**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

OSBEL HERRERA-JIMENEZ,      )
                                    )
            Petitioner,      )
                                      )
-vs-                                   )      NO. CIV-26-0399-HE
                                      )
MARKWAYNE MULLIN, et al.,      )
                                      )
            Respondents.      )

## JUDGMENT

In accordance with the order entered this date, the petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 is granted in part.

**IT IS SO ORDERED**.

Dated this 7th day of April, 2026.

_____
JOE HEATON
UNITED STATES DISTRICT JUDGE